Same case below, 384 Fed. Appx. 232.

**No. 10-7831. Paul Ezra Rhoades, et al., Petitioners v. Idaho.**

562 U.S. 1258, 131 S. Ct. 1571, 179 L. Ed. 2d 477, 2011 U.S. LEXIS 1820.

February 28, 2011. Petition for writ of certiorari to the Supreme Court of Idaho denied.

Same case below, 149 Idaho 130, 233 P.3d 61.

**No. 10-8119. Gregory Alan Johnson, Petitioner v. James A. Yates, Warden.**

562 U.S. 1258, 131 S. Ct. 1572, 179 L. Ed. 2d 477, 2011 U.S. LEXIS 1749.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 396 Fed. Appx. 375.

**No. 10-8121. Gerald W. Staton, Petitioner v. Indiana Adult Protective Services, et al.**

562 U.S. 1258, 131 S. Ct. 1572, 179 L. Ed. 2d 477, 2011 U.S. LEXIS 1843.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8124. Delbert Leslie Miller, Petitioner v. California.**

562 U.S. 1258, 131 S. Ct. 1572, 179 L. Ed. 2d 477, 2011 U.S. LEXIS 1775.

February 28, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 10-8127. Zachary Michael Hudson, Petitioner v. Oklahoma.**

562 U.S. 1258, 131 S. Ct. 1573, 179 L. Ed. 2d 477, 2011 U.S. LEXIS 1800.

February 28, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

**No. 10-8133. Kuwandis Davis, Petitioner v. Bank of New York.**

562 U.S. 1258, 131 S. Ct. 1573, 179 L. Ed. 2d 477, 2011 U.S. LEXIS 1876.

February 28, 2011. Petition for writ of certiorari to the Supreme Court of Illinois denied.

**No. 10-8139. Kenneth Williams, Petitioner v. California.**

562 U.S. 1258, 131 S. Ct. 1573, 179 L. Ed. 2d 477, 2011 U.S. LEXIS 1844.

February 28, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-8140. Nkosi A. Dubose, Petitioner v. Tony Patterson, Warden, et al.**

562 U.S. 1258, 131 S. Ct. 1573, 179 L. Ed. 2d 477, 2011 U.S. LEXIS 1796.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.